[Cite as *Evans v. Etna Twp., Licking Cty. Ohio*, 2024-Ohio-816.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| MARK A. EVANS<br><br>    Requester<br><br>    v.<br><br>ETNA TOWNSHIP, LICKING COUNTY OHIO<br><br>    Respondent | Case Nos. 2023-00582PQ, 2023-00583PQ, and 2023-00584PQ<br><br>Judge Lisa L. Sadler<br><br><u>JUDGMENT ENTRY</u> |

{¶1} In Ct. of Cl. Nos. 2023-00582PQ, 2023-00583PQ, and 2023-00584PQ—public-records cases that have been consolidated—a Special Master issued a Report and Recommendation (R&R) in which he recommends that judgment be entered for Respondent and that Requester bear the costs of these cases. (R&R, 1, 5.)

{¶2} Neither Requester nor Respondent in the consolidated cases has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation in Ct. of Cl. Nos. 2023-00582PQ, 2023-00583PQ, and 2023-00584PQ. The Court therefore adopts the Report and Recommendation issued in Ct. of Cl. Nos. 2023-00582PQ, 2023-00583PQ, and 2023-00584PQ.

{¶3} In accordance with the Special Master's recommendations, judgment is entered in favor of Respondent in each of the consolidated cases. Court costs are assessed to Requester in each of the consolidated cases. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

 

LISA L. SADLER
Judge

**Filed February 21, 2024**
**Sent to S.C. Reporter 3/7/24**